IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JOHN NOLIN SANDERS,** | ) |
| **Petitioner,** | ) |
| vs. | ) Case No. 2:05-cv-1210-TMP |
| **UNITED STATES OF AMERICA,** | ) |
| **Respondent.** | ) |

## O R D E R

On April 20, 2006, the magistrate judge filed his report and recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2241 be dismissed for improper venue. No objections have been filed.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the report is due to be and hereby is **ADOPTED**, and the recommendation is **ACCEPTED**. Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2241 in the above-styled cause is due to be and the same is hereby **DISMISSED** for improper venue.

**DATED** this 22nd day of May, 2006.

_____
**VIRGINIA EMERSON HOPKINS**
United States District Judge